AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                         CASE NO: 6:24-mj-1421-EJK

JORDANISH TORRES-GARCIA

Charging District's
Case No. <u>15-CR-667-1</u>

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I, **Jordanish Torres-Garcia**, understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the Puerto Rico.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;
(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and
(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody

**I AGREE TO WAIVE MY RIGHT(S) TO:**

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing

☐ a detention hearing

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my

☐ ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

April 22, 2024

_Jordanish Torres_
Defendant's Signature

_/s/_
Signature of defendant's attorney

JOSHUA LUKMAN, Esq.
Printed name of defendant's attorney